# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIO ALEJANDRO LOPEZ,

    Petitioner,

v.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:19-cv-01308-APG-NJK

**ORDER**

(ECF No. 8)

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Mario Alejandro Lopez's unopposed first Motion for Extension of Time **(ECF No. 8) is GRANTED**. Lopez will have until February 10, 2020, to file an amended petition for writ of habeas corpus.

Dated: November 25, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE