UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIO ALEJANDRO LOPEZ,

        Petitioner,

v.

BRIAN E. WILLIAMS, et al.,

        Respondents.

Case No. 2:19-cv-01308-APG-NJK

**ORDER**

(ECF Nos. 14, 15)

    Petitioner Mario Alejandro Lopez filed a Motion for Leave to File Second Amended Petition. ECF No. 14.  The respondents filed a Motion for Court to Suspend and Adjust Briefing Schedule. ECF No. 15.  Neither motion was opposed.

    Lopez initiated this habeas action in July 2019 by filing a *pro se* petition for writ of habeas corpus. ECF No. 1.  The Federal Public Defender was provisionally appointed and counsel entered a notice of appearance the next month. ECF Nos. 4, 6.  I entered a scheduling order allowing Lopez to file an amended petition or seek other appropriate relief and giving the respondents 60 days after service of the amended petition to file a response. ECF No. 7.  The First Amended Petition (ECF No. 11) was filed February 10, 2020, so a response was due by April 10.

    One month after filing his first amended petition, Lopez requested leave to file a second amended petition before the statute of limitations expired under the Antiterrorism and Effective Death Penalty Act (AEDPA).  The respondents moved to suspend the April 10 response deadline until I determined whether Lopez would proceed on the first or second amended petition and then reset the response deadline.

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, leave to amend is appropriate here, so I grant leave and adjust the scheduling order accordingly.

**I THEREFORE ORDER:**

1. Petitioner Mario Alejandro Lopez's Motion for Leave to File Second Amended Petition **(ECF No. 14)** and the respondents' Motion for Court to Suspend and Adjust Briefing Schedule **(ECF No. 15)** are **GRANTED** *nunc pro tunc* to March 10, 2020.

2. Lopez has until **June 5, 2020** to file his second amended petition.

3. The respondents must respond to the second amended petition, including potentially by motion to dismiss, within 60 days of service of the second amended petition.

All other instructions and deadlines stated in the Scheduling Order (ECF No. 7) remain in effect.

Dated:  May 26, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE