Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Amelia L. Bizzaro
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
amelia_bizzaro@fd.org

*Attorney for Petitioner Mario Alejandro Lopez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mario Alejandro Lopez, | Case No. 2:19-cv-01308-APG-NJK |
| Petitioner, | **Unopposed Motion to Extend Time to file Opposition to Motion to Dismiss** |
| v. | |
| Brian E. Williams, *et al.*, | **(First Request)** |
| Respondents. | |

Case 2:19-cv-01308-APG-NJK   Document 36   Filed 08/18/20   Page 2 of 3

## Points and Authorities

Petitioner Mario Alejandro Lopez respectfully asks this Court to enter an Order extending his deadline for filing an Opposition to the warden's motion to dismiss by 45 days to October 1, 2020.

This is Lopez's first request for an extension of this deadline. Deputy Attorney General Katrina A. Samuels does not object to this request.

Lopez filed a counseled first amended on February 10, 2020, a month before AEDPA expired.[1] Undersigned counsel replaced prior counsel on February 25, 2020, and filed a second amended petition and accompanying motion for leave to file it on March 10, 2020, the day AEDPA expired.[2] This Court granted the request.[3]

The warden timely filed a motion to dismiss on July 27, 2020, and sought additional time to file the state court record, which this Court granted.[4] The warden filed the record on August 3, 2020.[5] Lopez's Opposition is due two weeks later, by August 17, 2020.[6]

Undersigned counsel has been diligently working on Lopez's Opposition. However, despite her best efforts, she is unable to meet the two-week deadline. This is primarily because of work on other cases. Counsel was the supervising attorney on an AEDPA petition filed in *Dunn v. Baca*, 3:19-cv-00702-MMD-WGC, and a reply filed in *Chavez-Juarez v. Nevada*, 3:17-cv-00192-MMD-WGC, and lead counsel on the Nevada Supreme Court filed in *Nicholsosn v. Baca*, No. 80778, all filed on

---

[1] ECF No. 11.

[2] ECF Nos. 13, 14, 14-1.

[3] ECF No. 16.

[4] ECF Nos. 19, 20, 21.

[5] ECF Nos 23–34.

[6] ECF No. 22.

2

August 10, 2020. Counsel spent the remainder of last week primarily working on Lopez's Opposition was unable to complete it.

    The requested 45-day extension takes into consideration counsel's upcoming deadlines, management responsibilities, and the technical challenges that accompany working remotely. Baring an extraordinary, unforeseen circumstance, counsel intends to meet this deadline. Accordingly, Lopez respectfully asks this Court to grant this motion and order his Opposition due in 45 days, or by October 1, 2020.

    Dated August 17, 2020.

    Respectfully submitted,

    Rene L. Valladares
    Federal Public Defender

    */s/Amelia L. Bizzaro*
    Amelia L. Bizzaro
    Assistant Federal Public Defender

    DATED: August 18, 2020
    IT IS SO ORDERED:

    _____
    United States District Judge

3