**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO ALEJANDRO LOPEZ,<br><br>　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:19-cv-01308-APG-NJK<br><br>**ORDER**<br><br>(ECF No. 48) |

　　　Good cause appearing, I HEREBY ORDER that Respondents' Motion for Enlargement of Time (**ECF No. 48**) **is GRANTED**. Respondents have until September 16, 2021 to file the answer to Petitioner's Second Amended Petition.

　　　Dated:  August 25, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1