**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO ALEJANDRO LOPEZ,<br><br>       Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>       Respondents. | Case No. 2:19-cv-01308-APG-NJK<br><br>**ORDER**<br><br>(ECF No. 50) |

   Good cause appearing, I HEREBY ORDER that Respondents' Motion for Enlargement of Time (**ECF No. 50**) **is GRANTED**. Respondents have until November 1, 2021 to file the answer to Petitioner's Second Amended Petition.

   Dated:  October 21, 2021

                                                                         _____
                                                                         ANDREW P. GORDON
                                                                         UNITED STATES DISTRICT JUDGE