# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ALEJANDRO LOPEZ, | Case No. 2:19-cv-01308-APG-NJK |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN E. WILLIAMS, et al., | (ECF No. 52) |
| Respondents. | |

Good cause appearing, I HEREBY ORDER that Respondents' unopposed Motion for Enlargement of Time (**ECF No. 52**) **is GRANTED**. Respondents have until December 16, 2021 to file the answer to Petitioner's Second Amended Petition.

Dated:   November 23, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1