UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ALEJANDRO LOPEZ,<br><br>　　　　　　　　Petitioner,<br>v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:19-cv-01308-APG-NJK<br><br>**ORDER**<br><br>(ECF No. 55) |

　　　Good cause appearing, I HEREBY ORDER that Petitioner Mario Alejandro Lopez's Motion for Enlargement of Time (**ECF No. 50**) **is GRANTED**. Petitioner has until March 21, 2022 to file his reply.  Petitioner acknowledges that his request for an extension is one day late.  ECF No. 50 at 3.  He must therefore establish both good cause and excusable neglect for an extension.  His motion states that Petitioner has been sick, counsel overlooked the deadline, and experienced unexpected technical difficulties.  *Id*.  I am satisfied that Petitioner's motion was filed in good faith.  I find that the delay in this case, thus far, is minimal and will not have a significant impact on the proceedings.  On the other hand, the court and the parties will benefit from receiving Petitioner's reply.  Because the delay is minimal, there is no danger of prejudice to the respondents.  Under these circumstances, I find that Petitioner's neglect is excusable.

　　　Dated:  February 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE