# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ALEJANDRO LOPEZ,<br><br>Petitioner,<br>v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:19-cv-01308-APG-NJK<br><br>**ORDER**<br><br>(ECF No. 55) |

Good cause appearing, I HEREBY ORDER that Petitioner Mario Alejandro Lopez's Motion for Enlargement of Time (**ECF No. 57**) **is GRANTED**. Petitioner has until May 20, 2022 to file his reply.

Dated: March 30, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1