UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mario Alejandro Lopez, | Case No. 2:19-cv-01308-APG-NJK |
| Petitioner | **ORDER FOR REDACTION** |
| v. | |
| Brian E. Williams, et al., | |
| Respondents | |

The respondents filed exhibits that do not comply with the redaction requirements of LR IC 6-1(a)(2) and (3). *See* ECF Nos. 25-1 at 243; 26-3 at 84, 151; 27-1 at 55, 75, 104, 164. Compelling reasons exist to seal the documents as they contain personal-data identifiers. *See* LR IC 6-1(a)(2) ("If the involvement of a minor child must be mentioned, only the initials of that child should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used.").

I THEREFORE ORDER the clerk of the court to seal the documents filed as ECF Nos. 25-1, 26-3, and 27-1.

I FURTHER ORDER the respondents to file redacted, publicly available copies of the documents filed as ECF Nos. 25-1, 26-3, and 27-1, in compliance with LR IC 6-1(a)(2)–(3), by February 28, 2023.

Dated: February 17, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE